PER CURIAM.
We grant the petition for belated appeal of the denial of Longley’s 3.800(a) Motion To Correct Illegal Sentence, review the order on the merits, and affirm. See Carter v. State, 786 So.2d 1173 (Fla.2001); Edwards v. State, 760 So.2d 226, 227 (Fla. 5th DCA 2000); see also Moriarty v. State, 779 So.2d 657 (Fla. 5th DCA 2001); Donovan v. State, 773 So.2d 1264 (Fla. 5th DCA 2000).
PETITION GRANTED; AFFIRMED.
THOMPSON, C.J., SAWAYA and ORFINGER, R.B., JJ., concur.